Cyrus Safa
Attorney at Law: 13241
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail cyrus.safa@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LMoreno@shookandstone.com

Attorneys for Plaintiff
RENE R. OBLITAS

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RENE R. OBLITAS | Case No.: 2:17-cv-02420-JAD-VCF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Rene R. Oblitas and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from December 21, 2017 to January 18, 2018 for Plaintiff to file a Motion for Reversal and/or Remand,

-1-

with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel makes this request due to a calendaring issue. Specifically, Counsel's assistant inadvertenty entered the motion into her own calendar instead of Counsel's upon receipt of the case management order. Counsel's assistant recognized the calendaring issue today, when reviewing her own calendar. Counsel sincerely apologizes for any inconvencience this error caused the court and its staff.

DATE: December 21, 2017           Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Mr. Rene R. Oblitas


DATE:  December 21, 2017

STEVEN W. MYHRE
*Acting United States Attorney*

/s/ *Carolyn B. Chen*

BY: _____
Carolyn B. Chen
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED:   12-22-2017

IT IS SO ORDERED:   _____

UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 2:17-CV-02420-JAD-VCF**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 21, 2017.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Cyrus Safa*
_____

Cyrus Safa
Attorneys for Plaintiff