STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635

CAROLYN B. CHEN, C.S.B.N. 256628
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8956
Facsimile: (415) 744-0134
Carolyn.Chen@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENE R. OBLITAS, | )<br>) |
| Plaintiff, | ) Case No. 2:17-cv-02420-JAD-VCF<br>) |
| v. | ) **STIPULATION AND** ~~PROPOSED~~ **ORDER**<br>) **FOR EXTENSION OF TIME FOR** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) **DEFENDANT TO FILE OPPOSITION TO**<br>) **PLAINTIFF'S MOTION TO REMAND**<br>) |
| Defendant. | )<br>) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of 7 days to file her opposition to Plaintiff's motion to remand, to be continued from February 20, 2018, to February 27, 2018.

This is the first continuance in this case sought by Defendant. There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's crowded briefing schedule with multiple deadlines on or around February 20, 2018, including briefing for an Equal Employment Opportunity Commission (EEOC) case with a voluminous record, that has been previously extended multiple times. Because of the factors described above, Defendant is requesting additional time up to

-1-

and including February 27, 2018, to fully review the administrative record and research the issues presented by Plaintiff's motion to remand. This request is made in good faith with no intention to unduly delay the proceedings.

Therefore, with this Court's approval, the Court's scheduling order shall be extended by 7 days, so that Defendant may file her opposition to Plaintiff's motion to remand on or before February 27, 2018.

Respectfully submitted,

Dated: February 16, 2018         LAW OFFICES OF LAWRENCE D. ROHLFING

*/s/ Cyrus Safa*
 (as authorized via e-mail on 2/16/2018)
 CYRUS SAFA
 Attorneys for Plaintiff

Dated: February 16, 2018         STEVEN W. MYHRE
                                 Acting United States Attorney

*/s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant United States Attorney

ORDER

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 2-16-2018         _____

                         HON. CAM FERENBACH
                         UNITED STATE MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, Carolyn B. Chen, certify that the following individuals were served with a copy of the **STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** on the date and via the method of service identified below:

CM/ECF:

Cyrus Safa
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
cyrus.safa@rohlfinglaw.com

Leonard H Stone
Shook & Stone Chtd.
710 S. Fourth St.
Las Vegas, NV 89101
lstone@shookandstone.com

Dated this 16th day of February 2018.

*/s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant United States Attorney