# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Rene R. Oblitas,<br><br>    Plaintiff<br><br>v.<br><br>Nancy A. Berryhill, Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 2:17-cv-02420-JAD-VCF<br><br>**Order Adopting Report and Recommendation, Granting Motion for Remand, and Denying Cross Motion to Affirm**<br><br>[ECF Nos. 17, 20] |

Counseled plaintiff Rene R. Oblitas was denied social security disability benefits.[1] His request for reconsideration was denied. After a de novo hearing, an administrative law judge found that Oblitas suffered from multiple physical impairments but was not disabled during the relevant timeframe and denied him benefits.[2] Oblitas moves to reverse or remand this case to the Social Security Administration for further proceedings,[3] and the Commissioner cross moves to affirm the administrative law judge's decision.[4]

Magistrate Judge Cam Ferenbach reviewed the parties' motions and recommends that I grant Oblitas's motion to reverse or remand, deny the Commissioner's cross motion to affirm, and remand this case to the Social Security Administration for a calculation of benefits.[5] Judge Ferenbach issued his report and recommendation on July 17, 2018, making July 31, 2018, the deadline to file objections. That deadline has expired and no objections have been filed. "[N]o

---

[1] ECF No. 4.

[2] *Id.*

[3] ECF No. 17.

[4] ECF No. 20.

[5] ECF No. 22.

review is required of a magistrate judge's report and recommendation unless objections are filed."[6]

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Ferenbach's report and recommendation **[ECF No. 22] is ACCEPTED and ADOPTED.** Oblitas's motion to reverse or remand **[ECF No. 17] is GRANTED**, the Commissioner's cross motion to affirm **[ECF No. 20] is DENIED**, and this case is **REMANDED to the Social Security Administration for a calculation of benefits.** The **Clerk of Court** is directed to **ENTER JUDGMENT accordingly** and **CLOSE THIS CASE**.

Dated: August 2, 2018

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).