Cyrus Safa
Attorney at Law: 282971
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Leonard Stone
Attorney at Law: 5791
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
Tel.: (702) 385-2220
Fax: (702) 384-0394
E-mail: LMoreno@shookandstone.com
Attorneys for Plaintiff Rene R. Oblitas

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RENE R. OBLITAS, | ) Case No.: 2:17-cv-02420-JAD-VCF |
| Plaintiff, | ) **Stipulation and Order for the Award of** |
| vs. | ) **Fees and Expenses** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) ECF Nos. 25, 26 |

TO THE HONORABLE CAM FERENBACH, MAGISTRATE JUDGE OF THE DISTRICT COURT:

THE PARTIES hereby file this Notice to Vacate Docket No. 25. On October 31, 2018, Plaintiff filed a petition for EAJA fees (Docket No. 25) because the Parties were unable to reach a settlement agreement. The Parties had difficulty

-1-

communicating as Defendant's counsel was on leave due to health issues. The Parties have subsequently agreed to terms of settlement as laid out in this stipulation.

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Rene R. Oblitas be awarded attorney fees and expenses in the amount of two thousand six hundred twenty-one dollars and sixty-two cents dollars ($2,621.62) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to Rene R. Oblitas, the government will consider the matter of Rene R. Oblitas's assignment of EAJA fees to Cyrus Safa. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Rene R. Oblitas, but if the Department of the Treasury determines that Rene R. Oblitas does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment

executed by Rene R. Oblitas.[1]  Any payments made shall be delivered to Cyrus Safa.

This stipulation constitutes a compromise settlement of Rene R. Oblitas's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Rene R. Oblitas and/or Cyrus Safa including Law Offices of Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Cyrus Safa and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: December 21, 2018          Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY:_____
Cyrus Safa
Attorney for plaintiff Rene R. Oblitas

DATE: December 21, 2018

DAYLE ELIESON
United States Attorney

/s/ *Carolyn B. Chen*

_____
CAROLYN B. CHEN
Special Assistant United States Attorney
Attorneys for Defendant Nancy A. Berryhill,
Acting Commissioner of Social Security
(Per e-mail authorization)

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

**ORDER**

  Based on the parties' stipulation **[ECF No. 26]** and good cause appearing, IT IS HEREBY ORDERED that the plaintiff is hereby awarded fees and expenses in the amount of $2,621.62, as authorized by 28 USC § 2412, and no costs authorized by 28 USC § 1920.  The pending motion for fees and expenses **[ECF No. 25]** is DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

             _____
             U.S. District Judge Jennifer A. Dorsey
             Dated: December 27, 2018