# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Rene E Oblitas,

                Plaintiff,

   v.

Nancy A. Berryhill, Acting

Commissioner of Social Security,

                Defendant.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-02420-JAD-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

✗ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Cyrus Safa is awarded attorney fees pursuant to 42 U.S.C. § 406(b) in the amount of $3,800.00. The Court orders Cyrus Safa to reimburse Rene R. Oblitas the amount of $2,621.62 for EAJA fees previously paid by the Commissioner.

5/22/2019
_____
Date

DEBRA K. KEMPI
_____
Clerk

/s/ M. Reyes
_____
Deputy Clerk